IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

S&S LIMA, INC.¸ d/b/a DRY RUN
BEVERAGE, on behalf of itself and
all others similarly situated

        Plaintiff,                Case No 2:08-CV-11182-PDB-SDP

vs.

REDDY ICE HOLDINGS, INC., et. al.,

        Defendants.
_____/

## **ORDER**

The Court hereby approves the Stipulation Re: Extension of Time to Respond to Complaint [Docket No. 4].

Defendants' time to answer, move, or otherwise plead in response to the complaint in this action is extended in accordance with the terms as outlined in the Stipulation Re: Extension of Time to Respond to Complaint.

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: April 24, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 24, 2008.

                                                      s/Denise Goodine
                                                      Case Manager